**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BETTER PATH COALITION PLANNING GROUP, an unincorporated association; and KAREN FERIDUN, Plaintiffs | ) | CIVIL ACTION NO. 1:22-cv-00623 |
| v. | ) | |
| CITY OF HARRISBURG; and Hon. WANDA D. WILLIAMS, Mayor, City of Harrisburg, Defendants | ) | |

**DEFENDANTS CITY OF HARRISBURG AND WANDA D. WILLIAMS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFFS**

Pursuant to Federal Rule of Civil Procedure 34, Defendants, by and through their attorneys, Lavery Law, request that Plaintiffs produce and permit Defendants to inspect and copy each of the documents specified below. The documents should be made available for inspection and copying during regular business hours at the offices of Defendants' attorneys, Lavery Law, 225 Market Street, Suite 304, Harrisburg, PA 17101, or at such other place as may be mutually agreeable to the parties, within the time set out in the Court's Order for Expedited Discovery [Doc. 15].

DEFINITIONS

The words "you" and/or "your" when used herein refer to Plaintiffs, their agents, servants and/or employees. The words "document" and "documents" as herein used include but are not limited to any written or graphic matter of any kind whatsoever, however produced or reproduced, any electronically or magnetically recorded matter of any kind or character, however produced or reproduced, and any other matter concerning the recording of data or information

upon any tangible thing by any means, including, but not limited to, the original and any non-identical copy of any of the following (regardless of however or by whomever prepared, produced or reproduced): books, records, reports, memoranda, notes, letters, speeches, telegrams, diaries, calendar or diary entries, schedules, maps, graphics, contracts, appraisals, studies, analyses, summaries, instructions, photographs, films, surveys, messages, correspondence, letters, tables, drawings, and including preliminary versions, drafts or revisions of any of the foregoing.

All other definitions set forth in Defendants' Interrogatories directed to Plaintiffs are incorporated herein by reference as though set forth in full, and shall apply to the following Requests.

## REQUESTS

1. Any and all documents identified in and/or in any way pertaining to your responses to Defendants' Interrogatories directed to Plaintiffs or referenced while preparing your responses thereto.

**RESPONSE:**

2. Any and all documents (including hard copy, handwritten, and electronic), social media posts, emails, text messages, voice mails, chat messages, recorded telephone calls, photographs, pictures, and videos in any format that reference, refer, or pertain to the event and the march which is the subject matter of this litigation with the exception of any communication which would be privileged under the attorney work-product or attorney-client privilege under the Federal Rules of Civil Procedure.

**RESPONSE:**

3. Any and all statements, notes, diaries, logs of events, journals, memoranda of conversations and/or recordings as defined by the Federal Rules of Civil Procedure as applicable, from any and all witnesses, including but not limited to any party to this action or their respective agents, servants or employees that reference, refer, or pertain to the event and the march which is the subject matter of this litigation with the exception of any communication which would be privileged under the attorney work-product or attorney-client privilege under the Federal Rules of Civil Procedure.

**RESPONSE:**

4. All documents or exhibits which you intend to offer or identify as exhibits and/or evidence at any deposition, preliminary injunction hearing, or at the trial of this matter.

**RESPONSE:**

5. All recorded donations relating to Pennsylvania Client Convergence or Better Path Coalition Planning Group under EIN #45-2600456 or any other tax identification number for the years 2021 and 2022.

**RESPONSE:**

6. All records of donations to the Pennsylvania Climate Convergence or Better Path Coalition Planning Group processed or otherwise handled by Marcellus Outreach Butler (MOB) for the years 2021 and 2022.

**RESPONSE:**

7. To the extent not already provided, any and all voice messages, recordings of telephone calls, videos, photographs, documents and handwritten, typewritten or electronic

correspondence including but not limited to emails, chat messages, social media posts, and text messages between you and any other person referencing, regarding, or in any way pertaining to or referencing the facts, incident(s) and/or claim(s) set forth in your Complaint with the exception of any communication which would be privileged under the attorney work-product or attorney-client privilege under the Federal Rules of Civil Procedure.

**RESPONSE:**

8. To the extent not already provided, all records of donations to the Pennsylvania Climate Convergence or Better Path Coalition Planning Group processed or otherwise handled by Protect PT for the years 2021 and 2022.

**RESPONSE:**

9. Any and all documents, filings, Court Orders, correspondence, memoranda, notes, etc., (including electronic and paper copy documents) regarding any previous lawsuits, claims, complaints, charges, etc., Karen Feridun, Better Path Coalition Planning Group, and Pennsylvania Climate Coalition have filed or which have been filed against you.

**RESPONSE:**

10. Any and all documents and records, including, but not limited to Karen Feridun's tax returns from 2020 until present demonstrating yearly income, wages, etc.

**RESPONSE:**

11. All records of donations to the Pennsylvania Climate Convergence or Better Path Coalition Planning Group processed or otherwise handled by mary@protect.org or by a person or persons at telephone number 724-392-7023.

**RESPONSE:**

12. Any all documents showing the total amount of funds available to Pennsylvania Climate Convergence, Karen Feridun, and Better Path Coalition Planning Group from April 29, 2022 until the present.

**RESPONSE:**

13. Any and all documents relating to the planning and/or in support of your applications to the City of Harrisburg related to the event and march which are the subject of the litigation.

**RESPONSE:**

14. To the extent that you have not already provided the same in response to previous requests herein, all statements obtained from any witnesses or memoranda of conversations with witnesses or recordings of witnesses' statements, memoranda, or recordings made by parties to this lawsuit or their representatives.

**RESPONSE:**

15. To the extent not already provided in response to previous requests herein, all statements made by any party to this action, including written statements signed or otherwise adopted or approved by the person making it or stenographic, mechanical, electrical, or other recording or transcription thereof, which is a substantially verbatim recital of an oral statement and contemporaneously recorded.

**RESPONSE:**

16. All documents, minutes, member present totals, votes, or vote totals, for the meeting of the majority of the members of the Better Path Coalition Planning Group where they voted to approve filing the litigation styled in the case hereinabove.

**RESPONSE:**

17. All documents, emails, correspondence, minutes, regarding the process and conclusions reached on the estimate of the attendees at the festival and the participants in the march.

**RESPONSE:**

18. Provide all processes, formulas, estimates, notes or other documents that describe, show, demonstrate or otherwise detail or explain the process used to create the estimates of attendees at the festival and participants in the march.

**RESPONSE:**

Lavery Law

By: *\/s/ Murray J. Weed*

Murray J. Weed, Esquire
Atty. No. 329717
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633
mweed@laverylaw.com
Attorneys for Defendants

DATE: May 5, 2022

**CERTIFICATE OF SERVICE**

I, Mindy Kushner, an employee with the law firm of Lavery Law, do hereby certify that on this 5th day of May, 2022, I served a true and correct copy of the foregoing Defendants' First Requests for Production of Documents directed to Plaintiffs by depositing same in the United States mail, postage prepaid, and emailing addressed as follows:

Stephen Loney, Jr., Esq.
ACLU of PA
P.O. Box 60173
Philadelphia, PA 19102
sloney@aclupa.org

Witold J. Walczak
American Civil Liberties Union of PA
247 F. Pitt Blvd., 2nd Floor
Pittsburgh, PA 15222
Vwalczak@aclupa.org

Attorneys for Plaintiffs

*s/ Mindy Kushner*
Mindy Kushner
Legal Assistant