**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BETTER PATH COALITION PLANNING GROUP, an unincorporated association; and KAREN FERIDUN, Plaintiffs | ) | CIVIL ACTION NO. 1:22-cv-00623 |
| v. | ) | |
| CITY OF HARRISBURG; and Hon. WANDA D. WILLIAMS, Mayor, City of Harrisburg, Defendants | ) | |

**DEFENDANTS CITY OF HARRISBURG AND WANDA D. WILLIAMS' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFFS**

These Interrogatories are propounded pursuant to the Federal Rules of Civil Procedure and are to be answered by Plaintiffs in accordance therewith. Plaintiffs are required to answer these Interrogatories in writing under oath, based upon all information available to them and to their attorneys, employees, and other agents, or representatives. Plaintiffs are also required to serve answers to these Interrogatories within the timeframes set out in the Court's Order for Expedited Discovery, and supplement their answers in accordance with the Federal Rules of Civil Procedure.

**DEFINITIONS**

A. The words "you" or "your" when used herein refer to Plaintiffs, their agents, servants and/or employees.

B. "Identify" when used herein with respect to an individual means to state: (l) the person's full name and present or last known address; and (2) the person's position, employer and employer's address at the time of the events referred to in the Interrogatory.

C. "Identify" when used herein with respect to an entity other than an individual (e.g., a corporation, partnership, unincorporated association, governmental agency, etc.), or a division or subdivision thereof, means to state the full name and present or last known

address of the entity, and, if applicable, the full name and present or last known address of the entity's division or subdivision.

D. "Document" when used herein means any record, including any object containing written, printed, or magnetically recorded information, a graphic or photographic representation, or sound. "Document" includes the original or any copy of any statement, report, letter, memorandum, book, article, note, blueprint, drawing, sketch, photograph, motion picture, videotape, sound recording. "Document" also includes any card, disc, tape, printout or any other article designed for use with a computer or other word or data processing system.

E. "Identify" when used herein with respect to a document means to state: (l) the nature of the document (i.e., whether it is a statement, report, etc.); (2) the title of the document, or, if the document has no title, a description of the document; (3) the identity of the person or persons who prepared the document; (4) the identity of the person or persons for whom the document was prepared or to whom the document was directed; (5) the date the document was prepared; and, (6) the identity of the present custodian of the document or any copy of the document.

F. When the word "incident or incidents" is used in these Interrogatories it is to refer to one or all of the occurrences alleged in Plaintiffs' Complaint.

**INTERROGATORIES**

1. Identify the members of the Better Path Coalition Planning Group. Provide names, addresses, and telephone numbers.

**ANSWER:**

2. To the extent known to you or any other representative, please provide the name and home and/or business addresses of all persons or entities having any knowledge or information pertaining to the facts giving rise to this suit and/or injuries and damages sustained by you, and provide a description of all facts and/or information that each individual has knowledge about and stating whether each person or entity has provided you with an oral or written statement.

**ANSWER:**

3. Identify each source of funding for Better Path Coalition Planning Group including sponsors and donors including names, addresses, emails, and telephone numbers including but not limited to the following groups identified by Plaintiffs as members of the Better Path Coalition Planning Group and how much has been donated to the Pennsylvania Climate Convergence as of April 29, 2022.

- 350 Bucks County
- 350 Philadelphia
- Beaver County Marcellus Awareness Community (BCMAC)
- Berks Gas Truth
- Bucks Concerned Citizens Against the Pipelines
- Buck County Sierra Club
- Bucks Environmental Action
- Camp White Pine
- Care of Creation
- Coalition for Peace Action (CFPA) PA Chapter
- Concerned Citizens of Lebanon County
- Defend Ohi:yo'
- Delaware Riverkeeper Network
- EcoJustice Working Group Thomas Merton Center
- Freshwater Accountability Project

- Green Amendments For The Generations
- Greyroots Action
- Juniata Watershed People Before Pipelines
- Lancaster Against Pipelines
- Lebanon Pipeline Awareness
- Lehigh Valley, PA Chapter, Climate Reality Leadership Corps
- Marcellus Outreach Butler
- March on Harrisburg
- Northampton Community College Climate Action Network
- Patriots from the Oil & Gas Shales
- Pennsylvania Council of Churches
- Physicians for Social Responsibility – Philadelphia
- Protect PT
- RDA
- Save the Allegheny
- Save Our Streams PA
- Sustainable Monroeville
- Unitarian Universalist Legislative Advocacy Network (UUPLAN)
- Uwchlan Safety Coalition
- Way Forward

**ANSWER:**

4. Identify each source of funding for the Pennsylvania Client Convergence including names, addresses, email addresses, and telephone numbers for sponsors and donations in the years 2021 and 2022.

**ANSWER:**

5. Identify the organizers of the Pennsylvania Climate Convergence. Provide names, addresses, emails, and telephone numbers.

**ANSWER:**

6. Identify the representative, point of contact, address, email address, and telephone number of the following members of the Better Path Coalition Planning Group. Specifically:

- 350 Bucks County
- 350 Philadelphia
- Beaver County Marcellus Awareness Community (BCMAC)
- Berks Gas Truth
- Bucks Concerned Citizens Against the Pipelines
- Buck County Sierra Club
- Bucks Environmental Action
- Camp White Pine
- Care of Creation
- Coalition for Peace Action (CFPA) PA Chapter
- Concerned Citizens of Lebanon County
- Defend Ohi:yo'
- Delaware Riverkeeper Network
- EcoJustice Working Group Thomas Merton Center
- Freshwater Accountability Project
- Green Amendments For The Generations
- Greyroots Action
- Juniata Watershed People Before Pipelines
- Lancaster Against Pipelines
- Lebanon Pipeline Awareness
- Lehigh Valley, PA Chapter, Climate Reality Leadership Corps
- Marcellus Outreach Butler
- March on Harrisburg
- Northampton Community College Climate Action Network
- Patriots from the Oil & Gas Shales
- Pennsylvania Council of Churches
- Physicians for Social Responsibility – Philadelphia
- Protect PT
- RDA
- Save the Allegheny
- Save Our Streams PA

- Sustainable Monroeville
- Unitarian Universalist Legislative Advocacy Network (UUPLAN)
- Uwchlan Safety Coalition
- Way Forward

**ANSWER:**

7. Identify the date when the website known as the Pennsylvania Climate Convergence was set up, activated, and able to accept donations.

**ANSWER:**

8. Identify all donations for the Pennsylvania Climate Convergence including all donations sent through:

(a) Marcellus Outreach Butler (MOB) located at 209 Little Creek Road, Harmony, Pennsylvania;
(b) Pennsylvania Climate Convergence through its website;
(c) under EIN #45-2600456;
(d) through Protect PT, PO Box 137, Harrison City, PA 15636;
(e) or the telephone number 724-392-7023; and
(f) any other source.

**ANSWER:**

9. Identify the total amount of donations collected from the date of the set-up of the website for Pennsylvania Climate Convergence until April 29, 2022.

**ANSWER:**

10. Identify the total funds held by Better Path Coalition Planning Group and the Pennsylvania Climate Convergence on April 29, 2022.

**ANSWER:**

11. Identify all conversations, and other points of contact including emails and letters that Plaintiffs and/or their legal counsel have had with City of Harrisburg representatives regarding the event and march which is the subject of this litigation. State the date, the individuals in attendance, and provide a summary of the communication.

**ANSWER:**

12. Please identify the date when Better Path Coalition Planning Group met to obtain authorization from its members to proceed with the civil action in the above styled case which is the basis of the present litigation, and the vote tally for the action.

**ANSWER:**

13. Please identify any and all social media accounts you used between January 2022 and the present, whether active or inactive, providing the username for each account.

**ANSWER:**

14. State the following information regarding Plaintiff Karen Feridun:

(a) Full name;

(b) Date and place of birth;

(c) Present home address;

(d) Occupation and employer.

**ANSWER:**

15. Identify if and when Witold "Vic" J. Walczak orally told City of Harrisburg Solicitor Neil Grover that the number of persons in the march would be 100 persons or any number of marchers in that range or any words to that effect.

**ANSWER:**

16. Identify all documents referred to or utilized in the preparation of Plaintiffs' answers to the Interrogatories.

**ANSWER:**

17. Identify any meeting, conference, conversation, document, email, letter or other correspondence where the Better Path Planning Group discussed or determined the estimate of how many persons would attend the march and the festival. Provide the date and time of any such communication and the names, addresses, email addresses and telephone numbers of all participants.

**ANSWER:**

18. Identify the process used to create the estimates you used for determining the number of persons attending the festival and march.

**ANSWER:**

Lavery Law

By: */s/ Murray J. Weed*

Murray J. Weed, Esquire
Atty. No. 329717
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
(717) 233-6633
mweed@laverylaw.com
Attorneys for Defendants

DATE: May 5, 2022

**CERTIFICATE OF SERVICE**

I, Mindy Kushner, an employee with the law firm of Lavery Law, do hereby certify that on this 5th day of May, 2022, I served a true and correct copy of the foregoing Defendants' First Set of Interrogatories directed to Plaintiffs by depositing same in the United States mail, postage prepaid, and emailing addressed as follows:

Stephen Loney, Jr., Esq.
ACLU of PA
P.O. Box 60173
Philadelphia, PA 19102
sloney@aclupa.org

Witold J. Walczak
American Civil Liberties Union of PA
247 F. Pitt Blvd., 2nd Floor
Pittsburgh, PA 15222
Vwalczak@aclupa.org

Attorneys for Plaintiffs

*s/ Mindy Kushner*
Mindy Kushner
Legal Assistant