Exhibit 1

The Better Path Coalition is comprised of the following organizations:

- 350 Bucks County
- 350 Philadelphia
- Beaver County Marcellus Awareness Community (BCMAC)
- Berks Gas Truth
- Bucks Concerned Citizens Against the Pipelines
- Bucks County Sierra Club
- Bucks Environmental Action
- Camp White Pine
- Care of Creation
- Coalition for Peace Action (CFPA) PA Chapter
- Concerned Citizens of Lebanon County
- Defend Ohi:yo'
- Delaware Riverkeeper Network
- EcoJustice Working Group Thomas Merton Center
- Freshwater Accountability Project
- Green Amendments For The Generations
- Greyroots Action
- Juniata Watershed People Before Pipelines
- Lancaster Against Pipelines

- Lebanon Pipeline Awareness
- Lehigh Valley, PA Chapter, Climate Reality Leadership Corps
- Marcellus Outreach Butler
- March on Harrisburg
- Northampton Community College Climate Action Network
- Patriots from the Oil & Gas Shales
- Pennsylvania Council of Churches
- Physicians for Social Responsibility- Philadelphia
- Protect PT
- RDA
- Save the Allegheny
- Save Our Streams PA
- Sustainable Monroeville
- Unitarian Universalist Legislative Advocacy Network (UUPLAN)
- Uwchlan Safety Coalition
- Way Forward