Exhibit 2

### § 10-301.20. Permit required for assemblies and groups. [Ord. No. 15-1992]

A. Organization/family/group park permit. **[Amended 10-23-2001 by Ord. No. 14-2001]**

(1) No person shall engage in, participate in, aid, form or organize any assembly or group of 20 or more persons for any purpose, or make any public speeches in which 20 or more persons are intended to, or may be anticipated to, participate or do participate, in any park and require a reserved space or occupy a portion of a park to the exclusion of others unless a permit therefor has been obtained from the Director and unless such permit is carried by the person heading or leading such activity. **[Amended 6-8-2004 by Ord. No. 15-2004]**

(2) Within three business days after receipt of any application, the Director or Director's designee shall either grant the permit upon such reasonable conditions as deemed appropriate or shall apprise the applicant in writing of the reasons for refusing to issue a permit. Any aggrieved person shall have the right to appeal in writing within 10 days to the Mayor, who shall consider the application under the standards set forth in § 10-301.22 and sustain or overrule the Director's decision. If the Mayor fails to act upon such appeal within five days after the same is filed, he or she shall be deemed to have sustained the appeal, and the permit shall be issued.

B. The purpose for requiring a permit is to enable groups to reserve an area of the park for planned activities and to provide the City better means to safeguard the health, safety and welfare of citizens who use the City's parks, and this chapter shall be interpreted in accordance with this provision. A permit will not be refused for any such purpose solely because of the nature of the organization or individual requesting the same and shall be refused only when such use would unreasonably conflict with other lawful use of the park or such use is specifically intended to result in violence or crime beyond the ability of normal public safety forces to control.

### § 10-301.21. Application for permit.

A person seeking a permit hereunder shall file an application with the Director which shall state:

A. The name and address of the applicant.

B. The name and address of the person sponsoring the activity.

C. The day and hours for which the permit is desired.

D. The park or portion thereof for which such permit is desired.

E. An estimate of the anticipated attendance.

F. Any other information which the Director shall find reasonably necessary for a fair

determination as to whether a permit should be issued hereunder.

**§ 10-301.22. Standards for issuance of permit.**

The Director shall issue a permit hereunder after making the following findings:

A. That the proposed activity or use of the park will not unreasonably interfere with or detract from the general public enjoyment of the park.

B. That the proposed activity and use will not unreasonably interfere with or detract from the promotion of public health, welfare, safety and recreation.

C. That the proposed activity or use is not specifically intended to result in violence, crime or disorderly conduct.

D. That the proposed activity will not entail unusual, extraordinary or burdensome expense to the City.

E. That the facilities desired have not been reserved for other use at the day and hour required in the application.