Exhibit 3

# The City of Harrisburg

Department of Special Events

## Special Event Permit Procedures

**Definition:** A Special Event is any event requesting to close access to a public street that does not fall under the Block Party Permit / Moving Truck Permit definitions. This would include all events put on by Non-Profit groups or Events using any State or Emergency route.

**Application requirements:** All applicants are encouraged to contact The City of Harrisburg's Special Event Logistic Coordinator (SELC) before submitting an application to go over the process.

**Effective 1/1/2018 Special Event applications will be accepted up to 1 year before the event.**

1. Complete the Special Event Permit Application and submit it to the Special Event Bureau. Applications for non-state roads must be submitted no less than 60 days before the event. For events on State roads applications must be submitted no less than 90 days before the event.
2. Include in your application a copy of the Certificate of Insurance with the City of Harrisburg named as an additional insured. The minimum coverage amount shall be $250,000 per person and $1,000,000 per occurrence.
3. Include a detailed traffic control plan for the event that meets PennDOT and MUTCD requirements or elect to contract with the City for this service. (A service fee will apply)
4. Include a copy of the PennDOT TE-300 application if the route will include a State roadway.

10 N 2nd St ● Harrisburg, Pennsylvania 171041 Ph: 717-255-3040

# The City of Harrisburg

## Department of Special Events

**Approval Process:**

1. Application received and reviewed by Special Events Bureau
2. Preliminary approval / denial issued and letter for PennDOT issued if needed
3. A meeting will be scheduled to review the traffic control plan. If the City will be contracted for traffic control an invoice will be provide stating the required fee. The fee will be the actual cost for the City's staff time needed for the event. Per City policy there is a 4 hour minimum and 2 staff member minimum. If an outside company will provide the service an inspection fee will be charge.
4. A signed traffic control plan or City traffic control service fee is received.
5. If a State route is involved a copy of the PennDOT approved TE-300 permit will be submitted to the City by the Applicant.
6. Final Approved or Denied permit issued.

10 N 2nd St ● Harrisburg, Pennsylvania 171041 Ph: 717-255-3040