Exhibit 4

# The City of Harrisburg

## Department of Special Events

**APPLICATION FOR SPECIAL EVENT PERMIT**
**Special Events 100 Concert Dr. Harrisburg, PA 17103**

**PLEASE PRINT CLEARLY**
**Incomplete forms will be returned**

**Your Name:** ___________________________________**Date Submitted:** ___________
**Organization:** ____________________________________________________________________
**Address:** _______________________________ **Phone (Primary):** _________________________
**City:** _____________________**State:** _____**Zip:**_______ **Phone (Day of Event):** _______________
**Email:** __________________________________________________________________________
**Event Date:** ___________ **Start Time (set up):** _________ **Ending Time:** __________

**Streets Needed to be Blocked Off:**
_______________________ **From:** _________________ **To:** _________________**(Intersections)**
_______________________ **From:** _________________ **To:** _________________**(Intersections)**

**Event Name:** _______________________________________________________________________

**Event Description:**

**Number of Attendees:** ________
**Will the event have restricted access to the public (Are tickets or admission required): Y N**
**Will EMS be on-site for the event: Y N**
**Will portable toilets be on-site: Y N Number of portable toilet(s):_______**
**Will rental tents be used: Y N**
**Will light towers be used: Y N**
**Will a rental stage be used: Y N**
**Will amplified music or audio be used: Y N**
**Will a City Park be used during the event: Y N Park Permit Number:___________**
**Will food be served at the event: Y N**
**Will the food be for sale: Y N**
**Will merchandise be for sale at the event: Y N**
**For Alcohol Use Alcohol Permit Number:____________**

**For traffic control services, will you be contracting the City of Harrisburg and/or outside service provider:** __________________________________________________________________________

# The City of Harrisburg

## Department of Special Events

**APPLICATION FOR SPECIAL EVENT PERMIT**
**Special Events 100 Concert Dr. Harrisburg, PA 17103**

**The Applicant MUST notify any business and or residents of this event that will be in the event area or any road closure area a minimum of 30 Days prior to the event.**

**The Applicant is required to contact STANDARD PARKING 717-234-2274 to rent any metered parking spaces that will not be accessible during the event.**

**For non-metered parking spaces contact the Harrisburg Police for "NO Parking" signs. Call Police Parking Enforcement at 717-255-3141.**

****REQUESTING PARTY IS RESPONSIBLE FOR CLEAN-UP FOLLOWING THE EVENT****
By acceptance of this permit, the holder shall be bound by all applicable laws and ordinances. The person or persons to whom this permit is issued shall carry this permit on their person during the effective date(s), times, and shall be liable for any loss, damage, or injury sustained by any person or by the City resulting from the activity for which this permit has been issued for this purpose**.**

**The following must be received no later than 30 business days prior to event date.**
*** Certificate of Insurance (COI)**
*** Approved PennDOT TE-300 (if on State roads)**
*** All required fees must be paid prior to City Staff being scheduled for event**

After application the City may require the applicant to provide services the City decides are needed for public safety including contracting with EMS, Police, Security, Garbage or Restrooms.

After application the City may require the applicant to provide wind rating information for any tents, stages, or lighting/sound systems.

Any restriction that the City places on the event will be listed on the permit.

The City reserves the right to cancel the event prior to, or during the event due to non-compliance with the permit requirements or Public Safety concerns.

________________________________________
Applicant Signature