Exhibit 5

# Release and Waiver of Liability

## Release and Waiver of Liability

*Description*

- Successful completion and submission of your application does not guarantee your permit as valid. Your permit is not valid until it has been approved by Parks and Recreation staff along with receipt of Park Permit payments and insurance.
- If there are any issues with your application, staff will contact you within 7-10 days in most instances. Any questions or concerns may be directed to: sksprich@harrisburgpa.gov or (717) 232-3017.
- ••Photo ID is required for permit applicant at time of submission.
- ••Deposit due upon form submission, $200 or full payment if rental does not exceed $200.
- ••Park Permit approval requires payment in full within 30 days of the invoice date.
- ••Park areas are available from Dawn to Dusk daily unless otherwise restricted.
- ••Fees are subject to change at any time.
- <u>PERMIT APPLICATION REGULATIONS</u>
- ***Permit holders please be aware there are other entities on City Island that have permitted rights to use Island areas. Permit holders shall not interfere with those others, their employees or their operation. ***
- The City of Harrisburg reserves the right to reject a Permit Application if it believes the event or activity will unreasonably interfere with other existing or planned activities, including the normal conduct and use of City parks and recreational facilities.
- By submitting this Permit Application, the applicant is certifying that no expense will be borne by the City of Harrisburg in connection with the event or activity described in this Application for which the City will not be fully reimbursed. Further, the applicant certifies that the City is not liable or responsible for any cost, effect, error, omission or loss of any kind associated with the event or activity listed herein, and that the City is fully indemnified and held harmless from any claims or judgments arising from such. All park permit activities must be fully insured by the applicant with the City named as an "Additional Insured." All facilities are rented in "as is" condition.
- The extensive volume of requests for utilization of City-owned parks necessitates a proper format for the scheduling of such use. Further, past experience involving damage, loss, and failure to reimburse or pay valid due fees and costs to the city by various users has necessitated the establishment of user rules and regulations for such facilities. Insurance, liability, legal, and safety concerns also require certain rules to be in place. Current requirements and stipulations governing the use of city-owned property are contained generally in this Permit Application. The city reserves the right to: set special conditions with regard to any planned use, require payment in advance or deny any Permit Application for failure to meet any of the stated conditions or because of past adverse experience involving either the type of planned use or the applicant. <u>Resident fees are specifically for residents or business owners in the City of Harrisburg's corporate limits. All others will be assessed non-resident fees. There are no waivers or reductions of any fees for any park.</u>
- Please submit a Check or Money Order payable to "City Treasurer". Any check returned for insufficient funds or on which payment has been stopped will result in automatic cancellation of the Permit. Please mail fees, Permit Application, Permit Event Questionnaire Information, waiver, and needed Proof of Insurance to Department of Parks and Recreation, Reservoir Park Mansion, 100 Concert Dr., Harrisburg, Pa 17103. <u>PERMIT HOLDER RESPONSIBILITIES</u>
- A. The permitee is completely responsible for cleaning up after the event. If additional clean-up is needed you will forfeit your $200.00 refundable fee.
- B. If it is determined by the City that Police, DPRE staff, or other City personnel resources must be present to ensure the safe operation of your event, the Permitee must pay for all personnel and equipment costs. The city reserves the right to require such payment in advance. <u>INSURANCE REQUIREMENTS</u>
- Private Events with estimated attendance of 50 or below: Applicants must agree with and sign attached Release and Waiver of Liability.
- Applicants must provide proof of Personal Auto Liability Coverage for themselves and all others who plan on driving and parking on-site.

# Release and Waiver of Liability

- Private Events with estimated attendance of 51 or over or Public Events with no attendance limit:
- 1. Applicants must provide Event Liability coverage of $ I, 000,000 per occurrence and $ I, 000.000 aggregate ill: Standard Liability coverage of $1,000,000 per occurrence and $2,000,000 aggregate.
- 2. Applicants must provide Auto Liability of $1, 000.000 Combined Single Limit for Corporations and $300,000 Combined Single Limit for individuals.
- *****All insurance certificates shall be originals listing the City of Harrisburg as an Additional Insured. All certificates must be signed by a licensed insurance broker or insurance company representative. Sub limits shall not be less than the per occurrence limit amount required. If certificates are not received at least thirty (30) days prior to the event, the permit is not valid.*
  REFUND POLICY
- If you cancel your permit at least 30 days prior to the date of your event, you will receive a full refund. If you cancel your permit less than 30 days before your event you will receive no refund. If the City cancels your event, we will either provide you with an alternate date or a refund of your park permit fees only. The City bears no obligation to provide you with reimbursement for any out-of 'pocket expenses that the permit holder may have incurred related to organizing or promoting your event. Any and all rain date fees are non-refundable.
  RAIN DATE POLICY
- A separate permit must be filed to schedule a rain date. All appropriate fees apply and must be paid and submitted with your initial application. Any and all rain date fees are non-refundable.
- NON-EMERGENCY CONTACTS Communications Center (717) 558-6900 Emergencies only, call 911

☐ I hereby apply to the City of Harrisburg to rent and use the facility or facilities during the dates and times as mentioned in the attached application for a private and/or public function

☐ I understand that by renting this or these facilities I will expose myself and my guests to normal risks of injury or harm associated with nature, sporting events and activities, picnics and social gatherings, musical events, and/or passive recreational activities

☐ I hereby assume all risk and responsibility of damage to the property of the City of Harrisburg as it relates to my event and my use and/or misuse; and hod the City of Harrisburg, it's agents and representatives harmless for any and all suits relating to the use of City owned facilities.

☐ I hereby fully and forever release, discharge, and agree not to sue the City of harrisburg, and of their officials, elected or appointed, employees (past or present), and contractors/vendors(past or present), sponsors or their officers, directors, agents, employees representatives, and successors for any and all claims, causes of action or liability for any injury, loss or damage sustained or incurred by me or my guests arising our of or in any way associated with our attendance at or participation in my event through this contracted rental.

# Release and Waiver of Liability

☐ I hereby fully and forever release, discharge and agree not to sue the City of Harrisburg, any of their officials, elected or appointed, employees (past or present) and contractors/vendors (past or present), sponsors or their officers, directors, agents, employees representatives, and successors for any loss, damage or expense brought on by me, anyone acting on my behalf, or anyone else because of conduct attributed to me.

☐ I agree that this release and waiver of liability shall be construed and interpreted according to the law of the State of Pennsylvania. I understand and agree that this release and waiver of liability shall be binding upon my heirs, assigns and any personal entity acting upon my behalf.

☐ I have read the above items of the release and waiver of liability, understand them, agre to abide by them, and hereby acknowledge that I understand this Release and Waiver of Liability.

**Full Name:**

______________________________________________

**Signature:** ______________________________________________