Exhibit 7

ACLU Pennsylvania

Connor Hayes <chayes@aclupa.org>

## Fwd: Fees for March

---------- Forwarded message ---------
From: **Snedeker, John E.** <jesnedeker@harrisburgpa.gov>
Date: Wed, Apr 13, 2022 at 10:51 PM
Subject: Re: Fees for March
To: Karen Feridun <karen.feridun@gmail.com>

Karen,

The cost for the traffic control would be as followed. This is what we talked about during our first phone call.

2 Staff and 1 Manager for the 4 Hour minimum call in would be $480
Equipment use fee 20% of staff time = $96

Total = $576

This will cover my staff coning off a lane on Market St, Walnut St, 7th St and Forster St. We will also block 5th Street completely as you march down it. My Staff will also escort you and block traffic at all cross streets during your march. With this set up no Police will be required on the City side this will keep your cost as low as possible.

If you would like to have the route completely closed for the march I will need to send your request over to the Police to come up with the cost on their side.

Please let me know what option would work best for you and I will get the invoice processed or get the Police t come up with a cost.

Thanks.

John Snedeker
Special Events Logistic Coordinator
City of Harrisburg, PA
717-599-2984

---

**From:** Karen Feridun <karen.feridun@gmail.com>
**Sent:** Wednesday, April 13, 2022 7:06 PM
**To:** Snedeker, John E. <jesnedeker@harrisburgpa.gov>
**Subject:** Fees for March

**CAUTION: This email originated from outside of the organization! Do not click links, open attachments or reply, unless you recognize the sender's email address and know the content is safe!**

Hi John!
The attorneys at the ACLU told me that our march is more or less approved, but that we have to pay police fees. I also asked if we are being charged a permit fee, but they said I needed to ask the city. Do you know? Or can you direct me to who does?
My understanding is that we are not required to get insurance and do not have to pay for parking spaces or inform all of the businesses and residents of our plans. Please confirm that if you can or direct me to the person who can provide that confirmation.
Thanks!
Karen




Join us in Harrisburg, June 11 - 13, to change the conversation on climate change! pennsylvaniaclimateconvergence.org