## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTER PATH COALITION PLANNING GROUP, *et al.*, | : : : | CIV. NO. 1:22-CV-00623 |
| Plaintiffs, | : : | (Judge Neary) |
| v. | : : | (Magistrate Judge Schwab) |
| CITY OF HARRISBURG, *et al.*, | : : | |
| Defendants. | : | |

## ORDER
August 13, 2025

For the reasons stated in the accompanying memorandum opinion, **IT IS ORDERED** that the defendants' motion to compel (*doc. 99*) is **GRANTED IN PART AND DENIED IN PART**. Specifically, **IT IS ORDERED** that the plaintiffs are ordered to respond to interrogatories numbers 2, 9, and 10, and request for production number 12 on or before **September 12, 2025**. **IT IS FURTHER ORDERED** that the motion to compel (*doc. 99*) is denied in all other respects.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge