February 23, 2026

*Via CM/ECF*

The Honorable Keli M. Neary
United States District Judge
United States District Court for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

AMERICAN CIVIL LIBERTIES UNION
Pennsylvania

Eastern Region Office
PO Box 60173
Philadelphia, PA 19102
215-592-1513 T
267-573-3054 F

Central Region Office
PO Box 11761
Harrisburg, PA 17108
717-238-2258 T
717-236-6895 F

Western Region Office
PO Box 23058
Pittsburgh, PA 15222
412-681-7736 T
412-345-1255 F

Re: *Better Path Coalition Planning Grp. v. City of Harrisburg, et al.*,
M.D. Pa. No. 1:22-cv-623

Dear Judge Neary:

Plaintiffs respectfully submit this letter pursuant to the Court's January 22, 2026 Order directing the parties to file a letter indicating the status of settlement discussions in the above-referenced case.

Following our most recent status conference, Defendants' previous counsel of record informed Plaintiffs' counsel on February 17, 2026, that they and their law firm, Marshall Dennehey, no longer represent Defendants in this matter. Undersigned counsel spoke with Harrisburg's Solicitor Neil Grover on February 20, 2026, who confirmed that Defendants are transitioning this matter to another firm. Defendants' new counsel entered an appearance earlier today.

Plaintiffs' counsel is hopeful that productive settlement negotiations will resume once Defendants have new counsel. The parties, therefore, respectfully request an additional 30 days to negotiate settlement and provide another update to the Court.

The City of Harrisburg's Solicitor reviewed this letter and approved Plaintiffs' filing of this letter.

Respectfully submitted,

Stephen A. Loney, Jr.

*Counsel for Plaintiffs*
*Better Path Coalition Planning Group*
*and Karen Feridun*

CC: Sheryl Brown, Counsel for Defendants, via CM/ECF