THE LAW FIRM OF

# BELLWOAR KELLY LLP

Sheryl Brown, Esquire
sbrown@bellwoarkelly.com
(610) 314-7066

126 W. Miner Street
West Chester, PA 19382
www.bellwoarkelly.com

March 30, 2026

**<u>Via CM/ECF</u>**
The Honorable Keli M. Neary
United States District Judge
United States District Court for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street,
Suite 101
Harrisburg, PA 17102

**Re:** ***Better Path Coalition Planning Grp. v. City of Harrisburg, et al.*, M.D. Pa. No. 1:22-cv-623**

Dear Judge Neary:

As Your Honor is aware this matter transitioned to this Law Firm for representation on behalf of the City of Harrisburg Defendants. Unfortunately, the transfer of the file took longer than expected, having only been fully received last week. Accordingly, appreciating Your Honor's patience in the prior extension for the parties to pursue settlement negotiations, I am requesting an additional 30 days to continue discussions. This will permit time to fully review the file and have meaningful discussions.

I have discussed the same with Plaintiffs' counsel, and they consent to this additional 30-day request to negotiate and provide another update to the Court. I thank Your Honor for Your consideration of this request.

Respectfully submitted,

***/s/ Sheryl L. Brown***

Sheryl L. Brown

Cc: Stephen Loney, Esquire (via ECF)
Solomon F. Worlds, Esquire (via ECF)