ACLU
AMERICAN CIVIL LIBERTIES UNION
Pennsylvania

Eastern Region Office
PO Box 60173
Philadelphia, PA 19102
215-592-1513 T
267-573-3054 F

Central Region Office
PO Box 11761
Harrisburg, PA 17108
717-238-2258 T
717-236-6895 F

Western Region Office
PO Box 23058
Pittsburgh, PA 15222
412-681-7736 T
412-345-1255 F

May 1, 2026

*Via CM/ECF*

The Honorable Keli M. Neary
United States District Judge
United States District Court for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

Re: *Better Path Coalition Planning Grp. v. City of Harrisburg, et al.*,
M.D. Pa. No. 1:22-cv-623

Dear Judge Neary:

The parties to the above-referenced matter respectfully submit this joint status report pursuant to the Court's March 31, 2026 Order (ECF No. 127). Following the newly-entered appearance by undersigned counsel for Defendants, counsel for the parties have met and re-engaged with discussions of a potential resolution. In light of these discussions, the parties remain hopeful that further settlement negotiations will prove productive. The parties, therefore, respectfully request an additional 30 days to negotiate settlement and provide another update to the Court.

Respectfully submitted,

Stephen A. Loney, Jr.
*Counsel for Plaintiffs*

/s/ Sheryl Brown*

Sheryl Brown
*Counsel for Defendants*
*with permission