AMERICAN CIVIL LIBERTIES UNION
Pennsylvania

Eastern Region Office
PO Box 60173
Philadelphia, PA 19102
215-592-1513 T
267-573-3054 F

Central Region Office
PO Box 11761
Harrisburg, PA 17108
717-238-2258 T
717-236-6895 F

Western Region Office
PO Box 23058
Pittsburgh, PA 15222
412-681-7736 T
412-345-1255 F

July 17, 2026

*Via CM/ECF*

The Honorable Keli M. Neary
United States District Judge
United States District Court for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

Re: *Better Path Coalition Planning Grp. v. City of Harrisburg, et al.*,
M.D. Pa. No. 1:22-cv-623
**Joint Status Report**

Dear Judge Neary:

The parties to the above-referenced matter submit this joint status report to update the Court on settlement progress following the July 10, 2026 report (ECF No. 131). Counsel is pleased to report that the parties have reached an agreement in principle on core settlement terms. We respectfully request that litigation in this matter remain stayed for 30 days for the parties to work out the details of a settlement agreement and submit a stipulation of dismissal.

Respectfully submitted,

Stephen A. Loney, Jr.
*Counsel for Plaintiffs*

/s/ Sheryl Brown*

Sheryl Brown
*Counsel for Defendants*
*with permission