THE LAW FIRM OF
**BELLWOAR KELLY LLP**

Sheryl Brown, Esquire
sbrown@bellwoarkelly.com
(610) 314-7066

126 W. Miner Street
West Chester, PA 19382
www.bellwoarkelly.com

August 21, 2026

**Via CM/ECF**

The Honorable Keli M. Neary
United States District Judge
United States District Court for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 North 6th Street,
Suite 101 Harrisburg, PA 17102

Re: *Better Path Coalition Planning Grp. v. City of Harrisburg, et al.*,
U.S.D.C. Middle District of Pa. No. 1:22-cv-623
**Joint Status Report**

Dear Judge Neary:

Pursuant to Your Honor's July 20th, 2026 Order (ECF 133), the parties file this Joint Status Report. Counsel continue to work toward final resolution and dismissal of this matter and are in the process of finalizing a Release and Settlement Agreement. The parties respectfully request an additional thirty (30) days to finalize and execute the drafted Release and submit a stipulation of dismissal.

Respectfully submitted,

*/s/ Sheryl L. Brown*

Sheryl L. Brown, Esquire
Counsel for Defendants

*/s/ Stephen A. Loney*
Stephen A. Loney, Jr.
Counsel for Plaintiffs